1  ALEXANDER G. CALFO (SBN 152891)
   *alexander.calfo@btlaw.com*
2  KELLEY S. OLAH, (SBN 245180)
   *kelley.olah@btlaw.com*
3  GABRIELLE J. ANDERSON-THOMPSON (SBN 247039)
   *gabrielle.anderson-thompson@btlaw.com*
4  **BARNES & THORNBURG LLP**
   2029 Century Park East, Suite 300
5  Los Angeles, California  90067
   Telephone:     (310) 284-3880
6  Facsimile:     (310) 284-3894

7  Attorneys for Defendants
   DEPUY ORTHOPAEDICS, INC. and JOHNSON &
8  JOHNSON

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RICHARD MONDELLO, | Case No. CV14-02086-VC |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT (L.R. 6-1) AND ORDER** |
| vs. | Complaint Served:        April 8, 2014 |
| DEPUY ORTHOPAEDICS, INC., *an Indiana corporation*; JOHNSON & JOHNSON, *a New Jersey corporation* and DOES 1-100. | Removal Date:             May 7, 2014<br>Current Response Date: May 14, 2014<br>Agreed Response Date:  June 13, 2014 |
| Defendants. | JURY TRIAL DEMANDED |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The undersigned, counsel of record for Defendants DEPUY ORTHOPAEDICS, INC., and JOHNSON & JOHNSON (hereinafter collectively referred to as "Defendants") hereby request, and Plaintiff RICHARD MONDELLO (hereinafter "Plaintiff") hereby agree to Defendants' request, for an extension of time for Defendants to file a response to Plaintiff's Complaint. Plaintiff's Complaint was filed on February 10, 2014, Defendants were served on or about April

8, 2014, and the case was removed on May 7, 2014.

THE PARTIES HAVE AGREED AND HEREBY STIPULATE to extend the time for Defendants to respond to June 13, 2014.

Respectfully submitted,

Dated: May 12, 2014

**LAW OFFICE OF RICHARD E. BROWN**

By /s/ *Richard E. Brown*
Richard E. Brown

**LAW OFFICE OF JENNIFER L. KING**
Jennifer L. King
Attorneys for Plaintiff RICHARD MONDELLO

Dated: May 12, 2014

**BARNES & THORNBURG LLP**

By /s/ *Alexander G. Calfo*
Alexander G. Calfo
Kelley S. Olah
Gabrielle Anderson-Thompson
Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC.; and JOHNSON & JOHNSON

Date: May 15, 2014

IT IS SO ORDERED
Judge Vince Chhabria
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA