ALEXANDER G. CALFO (SBN 152891)
*alexander.calfo@btlaw.com*
KELLEY S. OLAH, (SBN 245180)
*kelley.olah@btlaw.com*
GABRIELLE J. ANDERSON-THOMPSON (SBN 247039)
*gabrielle.anderson-thompson@btlaw.com*
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone:     (310) 284-3880
Facsimile:     (310) 284-3894

Attorneys for Defendants
DEPUY ORTHOPAEDICS, INC. and JOHNSON &
JOHNSON

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MONDELLO | Case No.  CV14-02086-VC |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER RE STIPULATION MODIFY CASE MANAGEMENT CONFERENCE AND RELATED DATES** |
| vs. | |
| DEPUY ORTHOPAEDICS, INC., *an Indiana corporation*; JOHNSON & JOHNSON, *a New Jersey corporation* and DOES 1-100. | Current CMC Date:  August 19, 2014 Agreed CMC Date: September 30, 2014 |
| Defendants. | *Judge: Hon. Vince G. Chhabria* |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Modify Case Management Conference submitted by Plaintiff RICHARD MONDELLO, and Defendants DEPUY ORTHOPAEDICS, INC. and JOHNSON & JOHNSON (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

1.     The Parties' request to Modify Case Management Conference is GRANTED;

2.     Case Management Conference will take place on September 30, 2014.

1    3.    Deadline to file a Joint Case Management Statement is September 23, 2014.

2

3    PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5    Dated: _July 30_____, 2014

6    HON. VINCE G. CHHABRIA
     United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -                                    CV14-02086-VC

[PROPOSED] ORDER RE STIPULATION MODIFY CASE MANAGEMENT CONFERENCE AND RELATED
DATES